IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

------------------------

No. 19-14551-W

------------------------

KELVIN LEON JONES,
BONNIE RAYSOR,
DIANE SHERRILL,
Individually and on behalf of others similarly
situated,

                                                Plaintiffs - Appellees,

versus

GOVERNOR OF FLORIDA,
FLORIDA SECRETARY OF STATE,

                                                Defendants - Appellants,

------------------------

Appeal from the United States District Court
for the Northern District of Florida

------------------------

ORDER:

   Attorney David Giller has submitted an appearance of counsel to appear in this appeal. Consistent with Eleventh Circuit General Order 36, Attorney David Giller is GRANTED leave to appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION